JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNNY SIDE LAND HOLDINGS, LLC, a Maine limited liability company, doing business as AR WALTON CONSTRUCTION; and ADAM WALTON, an individual,<br><br>        Defendants. | Case No. 8:24-cv-02127-FWS-JDE<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

1

## **JUDGMENT**

On January 29, 2025, the court granted in substantial part Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendant Sunny Side Land Holdings, LLC, and Defendant Adam Walton (together, "Defendants") (Dkt. 18).  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of **$168,703.36**, which represents the sum of $152,907.78 in compensatory damages; $7,833.43 in prejudgment interest; $6,658.15 in attorney fees; and $1,304.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

Dated:  January 29, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE